IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KELLY JEAN WAINIKAINEN,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 12-00099-WS-B |
| | : |
| **BALDWIN COUNTY SHERIFF** | : |
| **CORRECTION CENTER,** | : |
| | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 27th of June, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE